FD-597 (Rev. 4-13-2015)

Page 1 of 2

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: [redacted]

On (date): November 28, 2017

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Debra Mulloy

(Street Address) [redacted]

(City) Milford, MA 01757

Living Room (Room B)

Description of Item(s):

- 1 (one) bag Containing Athalia of Newport 10 necklaces Item #1
- 1 (one) bag Containing Athalia of Newport 9 pairs earrings Item #2
- 1 (one) bag Containing Athalia of Newport 10 necklaces Item #3
- 1 (one) bag Containing 10 various necklaces Item #4
- 1 (one) bag Containing 10 various necklaces Item #5
- 1 (one) bag Containing 19 pairs of earrings Item #6
- 1 (one) bag Containing 14 bracelets Item #7
- 1 (one) black bag Containing 10 sweaters/jackets Item #8
- 1 (one) black bag Containing 10 jackets/clothing Item #9
- 1 (one) black bag Containing 18 items of clothing Item #10
- 1 (one) black bag Containing 10 sweaters/shirts Item #11
- 1 (one) black bag Containing 10 sweaters clothing Item #12
- 1 (one) black bag Containing 10 sweaters/jackets Item #13
- 1 (one) black bag Containing 10 sweaters/clothing Item #14
- 1 (one) black bag Containing 10 sweaters/clothing Item #15
- Art piece #1 Item #16
- Art Piece #2 Item #17

Received By: [redacted]

Printed Name/Title: [redacted]

Received From: [signature]

Printed Name/Title: Debra Mulloy

FD-597 (Rev. 4-13-2015)           Page 2 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: [redacted]

On (date) November 28, 2017

item(s) listed below were:
- ☒ Collected/Seized
- ☐ Received From
- ☐ Returned To
- ☐ Released To

(Name) Debra Mulloy

(Street Address) [redacted]

(City) Milford, MA 01757

Living Room (Room B)

Description of Item(s):
- Art Piece, Piece #3 Item #18
- Art Piece #4 Item #19
- Art Piece #5 Item #20

Received By: [redacted]

Printed Name/Title: [redacted]

Received From: (Signature)

Printed Name/Title:

FD-597 (Rev. 4-13-2015)                                                                 Page __1__ of __1__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ▓▓▓▓▓▓▓▓▓▓▓▓

On (date) __November 28, 2017__     item(s) listed below were:
☐ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) __Debra Mulloy__

(Street Address) ▓▓▓▓▓▓▓▓▓▓▓▓

(City) __Milford, MA 01757 (Room 2)__

Description of Item(s):

1 (one) box Containing 3 Handbags & 2 journals from Brahmin Newport

Received By: ▓▓▓▓▓▓▓▓        Received From: _[signature]_
Printed Name/Title: ▓▓▓▓▓▓    Printed Name/Title: Debra Mulloy

FD-597 (Rev. 4-13-2015)                                                                 Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: [redacted]

On (date): 11/28/2017

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): _____

(Street Address): [redacted]

(City): Milford, MA 01757

Description of Item(s):
- Room H — Planner + consignment paperwork [dining room table]
- Room F — 1 pair boots; six (6) coats [closet]
- Room F — five (5) coats [closet]
- Room F — five (5) coats [closet]
- Room F — ~~box of~~ misc. clothes [closet; floor]
- Room G — iPhone Model A1533 IMEI: 356965062933191 white [kitchen counter]
- Room G — Samsung Galaxy S8 Plus IMEI: 355989087195017 black [kitchen counter]
- Room C — five (5) pairs boots; eight (8) scarves [hallway closet]
- Room C — seven (7) pairs of gloves [hallway closet]
- Room C — eleven (11) coats [hallway closet]

Received By: [redacted]

Printed Name/Title: [redacted]

Received From: [signature]

Printed Name/Title: Desna M[...]

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: [REDACTED]

On (date) November 28, 2017

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Debra Mulloy

(Street Address) [REDACTED]

(City) Milford, MA 01757
Room IV

Description of Item(s):

1 (one) bag containing 20 necklaces in drawer 1&2 Item #1
1 (one) bag containing 20 necklaces in drawer 2&3 Item #2
1 (one) bag containing 20 necklaces in drawer 3&4 Item #3
1 (one) bag containing 20 necklaces in drawer 4-8 Item #4
1 (one) bag containing 20 necklaces in drawer 8&9 Item #5
1 (one) bag containing 20 necklaces in drawer 9-12 Item #6
1 (one) bag containing 20 necklaces in drawer 12-14 Item #7
1 (one) bag containing 6 necklaces in drawer 14 Item #8
1 (one) bag containing 19 bracelets in drawer 1-14 Item #9
1 (one) bag containing 60 pendants in drawers 1-14 Item #10
1 (one) bag containing 29 pairs of earrings in drawer 1-14 Item #11
1 (one) bag containing 10 various pieces of jewelry in drawer 1-14 Item #12

Received By: [REDACTED]

Printed Name/Title: [REDACTED]

Received From: D. Mulloy (Signature)

Printed Name/Title: Debra Mulloy

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: [redacted]

On (date) 11/28/17

item(s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) _____

(Street Address) [redacted] Room R

(City) MILFORD MA

Description of Item(s):

1. VENDOR INVOICES - CLOTHING FROM BIN; CHECK REGISTER AND NOTES
2. DELL COMPUTER TOWER - S/N CN-0T6952-70821-49N-55MV
3. US PASSPORT [redacted]9335 (MICHAEL MULLOY); [redacted]9336 (DEBORAH DEPAUL) HANGING FOLDER BIRCHWOOD CONTRACTING MICHAEL MULLOY DOCUMENTS
4. FOLDER CORP. DOCS. BIRCHWOOD CONTRACTING
5. DOCUMENTS REGARDING BIRCHWOOD CONTRACTING
6. (BOX) BILLS AND RECORDS OF DEBORAH DEPAUL/MULLOY - DAY PLANNER 2014
7. (BOX) RECORDS/BILLS OF BIRCHWOOD CONTRACTING/MICHAEL MULLOY/DEBORAH D.PAUL-MULLOY
8. DOCUMENTS REGARDING DEBORAH MULLOY (POTENTIALLY PRIVILEGED)

Received By: [redacted] (Signature)

Printed Name/Title: [redacted]

Received From: [signature] (Signature)

Printed Name/Title: DEBRA Mulloy