**Sentences of Similarly Situated Defendants**

| Defendant | Loss | Offense Level | Guidelines Sentence | Sentence |
|---|---|---|---|---|
| Gary Tiffany<br>1:16-cr-10269-LW-1 | $3.4mm | 24 | 51-63 | 51 months |
| Melissa Scolforo<br>3:16-cr-30023-MGM | $378k | 15 | 18-24 | 10 Months |
| Roxanne Tubolino<br>3:14-cr-30047-MGM | $1.56mm | 24 | 51-63 | 39 Months |
| Marie Greany<br>1:14-cr-10061-RWZ-1 | $320k | 18 | 27-33 | 1 year and 1 day |
| Michael Catlow<br>4:14-cr-40041-TSH-1 | $1mm | 22 | 41-51 | 30 Months |
| Dawnmarie Prince<br>1:16-cr-10020-RWZ | $1.3mm | 20 (criminal history Category II) | 37-46 (24 months mandatory identity theft) | 48 months (24 months on charges 1-8 and mandatory 24 months on identity theft) |